In the Matter of F.G., Jr., Appellant.

No. 85–1265.

District of Columbia Court of Appeals.

Oct. 14, 1988.

Before NEWMAN, FERREN and STEADMAN, Associate Judges.

ORDER

PER CURIAM.

On consideration of appellant's petition for rehearing, and the oppositions thereto, it is

ORDERED that the petition for rehearing is granted and the Clerk is directed to schedule this matter for argument on the regular calendar as soon as the business of the court permits.